United States District Court
Southern District of Texas

**ENTERED**

June 01, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-244 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff, a Guatemalan national who is proceeding with retained counsel, initiated this action by filing a "Complaint for Declaratory and Injunctive Relief." (Docket No. 1.) Plaintiff alleges that while present in the United States under "lawful status and lawful presence," he "was stopped by a Texas state trooper without probably cause," "immediately transferred to U.S. Customs and Border Protection," and subsequently "placed on a bus" and deported to Mexico. (*Id.* at 1-2.) Plaintiff seeks—among other things—to be returned to the United States. (*Id.* at 15-16.) After a preliminary review of the complaint, the undersigned finds that an appropriate response from Defendants is in the interests of justice.

Accordingly, it is hereby **ORDERED** that Defendants shall file an answer or other response to the Complaint **no later than June 22, 2026**.

The Clerk shall send a copy of this Order to counsel for the parties.

SO ORDERED, the 1st of June, 2026 at McAllen, Texas.

NADIA S. MEDRANO
United States Magistrate Judge